### IN THE UNITED STATES DISTRICT COURT FOR
### THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**TAILOR MADE TECH SOLUTIONS, INC.,**
 8730 Arrowhead Place Ln
Cornelius, NC 28031

       *Plaintiff,*

**v.**                                                    **CIVIL ACTION NO.: 2:25-cv-290**

**NEXCORE SERVICES INC.,**
300 Main Street Unit 549
Madison, NJ 07940

<u>Serve</u>:
Corporation Service Company, Registered Agent
251 Little Falls Rd
Wilmington, DE 19808

       *Defendant,*

    COMES NOW, Plaintiff Tailor Made Tech Solutions ("Plaintiff" or "Tailor Made"), by and through undersigned counsel, and brings this complaint against NexCore Services Inc. ("Defendant" or "NexCore"), stating as follows:

### PARTIES

    1.    Tailor Made Tech Solutions is a North Carolina S-Corp and small business whose principal place of business is Charlotte, North Carolina.

    2.    NexCore Services is a corporate entity organized under the laws of the state of Delaware, whose principal place of business is in Madison, New Jersey, and whose registered agent/registered address is Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808.

## JURISDICTION AND VENUE

3.     Jurisdiction is proper in this court pursuant to 28 U.S.C. § 1332(a)(1), because the parties are citizens of different states and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

4.     Venue is proper in this court pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to this claim occurred in this district, specifically at job sites in Norfolk and Hampton, Virginia. A portion of the events occurred at a job site in Front Royal, Virginia, in the Western District of Virginia.

## FACTS

5.     Tailor Made is a company that specializes in information technology consulting, including hardware installation and network design.

6.     When necessary, Tailor Made sub-contracts with other companies to provide service technicians and installers for specific job sites.

7.     Defendant is a consulting firm that connects customers with service providers to install security hardware for retail outlets, including Walmart.

8.     Defendant was contracted by Security 101 to find subcontractors to perform work at several Walmart locations in the eastern United States.

9.     Defendant solicited bids on each of the jobs independently, including the four jobs that are the subject of this lawsuit.

10.     As part of the bid process, Defendant published Scope of Work information for each job, outlining the exact work to be completed on each job site.

11.     The work at each site included installing intrusion and fire alarms, closed-circuit TV systems, and audio/loudspeaker systems, as part of a larger renovation or construction project.

12. Tailor Made reviewed the Scopes of Work for each of the four jobs at issue in this lawsuit and determined that it could provide the necessary services by subcontracting with local Virginia firms to provide technicians.

13. Using the Procore Esticom estimating software, Tailor Made's project manager William Wright prepared quotes for each job and transmitted them to Defendant via email.

14. Each offer from Tailor Made was accepted by an agent of Defendant who, upon information and belief, communicated that acceptance via email from an office located in New Jersey. The emails accepting each bid are attached hereto as **Exhibits 1-4.**

15. After accepting each offer from Tailor Made, Defendant provided a boilerplate Subcontractor Master Agreement ("SMA") and instructed Tailor Made to sign it.

16. After accepting Tailor Made's first offer, Keaton Spector, an agent of Defendant, instructed Tailor Made not to disclose to Security 101 or Walmart that Tailor Made personnel or technicians on the jobsite were subcontractors of NexCore, rather than employees.

17. After accepting Tailor Made's first offer, Defendant set up email accounts for Tailor Made officers and employees to communicate about the jobs, using a NexCore domain name and address, in order to further the impression among Security 101 and Walmart that Tailor Made personnel were employees of NexCore, rather than subcontractors.

18. Each SMA specifically disclaimed any additional terms not expressly included in its language or not incorporated by reference into its language.

19. Each SMA incorporated, by reference, detailed plans and work schedules for each individual job.

20. Each SMA included provisions requiring that alterations to the scope of work, including the completion schedule, must be documented in writing.

21.     None of the SMAs included a price to be paid to Tailor Made for their work, nor incorporated by reference any of Tailor Made's bids that were accepted by Defendant.

22.     Each of the SMAs included written payment terms, but the SMA for the Front Royal job included additional, different payment terms with its scope of work.

23.     As part of the negotiations for each job, Gary Greiner, acting as agent for Defendant, communicated to Tailor Made that they would receive incremental payments on the following schedule: 25% at the start of the job, 25% when the job was 60% complete, 25% when the job was 80% complete, and the final 25% upon full completion of the job.

24.     Neither party expressly communicated how the job completion percentages would be calculated, and no explanation was included in any written terms between the parties.

25.     Upon receipt of each signed SMA from Tailor Made, Defendant instructed Tailor Made to begin work and paid the 25% initial payment pursuant to the schedule outlined verbally.

26.     Tailor Made entered into subcontracts with qualified installers to complete the work at each job, based on Defendant's proffered payment schedule.

27.     Work on the first jobs began on or around May 29, 2024.

28.     When Tailor Made's subcontractors began work at each job site, they made contact with officials from Security 101 and Walmart to coordinate day-to-day operations and details of each job.

29.     At each job site, Tailor Made's subcontractors had to work with and around other subcontractors completing other phases of the projects, which occasionally required adjustments to the work schedule.

30.     At each job site, Tailor Made's subcontractors met daily with representatives from Security 101 and Walmart to adjust the work schedule, which occasionally resulted in deviations

from the original work schedule agreed upon by Tailor Made and Defendant.  In each case, these deviations were required by Walmart to synchronize with the work of the other subcontractors.

31.     As Tailor Made's subcontractors made progress on each job site, Tailor Made invoiced Defendant for payments pursuant to the schedule described above.

32.     Defendant initially complied with the payment schedule described above by paying some of those invoices, and partially paying others.

33.     Starting in June of 2024, Defendant delayed and/or refused payments on some of the invoices, despite repeated requests from Tailor Made, which created cashflow shortages and impacted Tailor Made's ability to pay its subcontractors.

34.     Defendant justified non-payment of the invoices from Tailor Made with a mix of excuses, including failure by Security 101 to pay Defendant.

35.     Beginning in September 2024, and continuing through October 2024, Defendant began to justify nonpayment by accusing Tailor Made of failure to complete the jobs in accordance with the work schedules.

36.     Despite Tailor Made's work to correct the alleged deficiencies at each job site, Defendant still refused to pay for each job at the agreed-upon milestones.

37.     Tailor Made's subcontractors substantially completed the work on each of the four jobs, including corrections to rectify problems caused by delays by other subcontractors on each site.

38.     On Oct 30, 2024, without giving any opportunity to cure, Defendant formally terminated Tailor Made from all four of the jobs and refused any further payment.

## COUNT I
## BREACH OF CONTRACT
### Job 5488 Norfolk, VA

39.     The facts of paragraphs 1-38 are incorporated as though fully restated herein.

40.     Defendant made a scope of work for Job 5488 available for Tailor Made's review, and

to solicit bids for completing the scope of work.

41.    Tailor Made's project manager William Wright quoted Defendant a price of $158,018.51 to complete the scope of work for Job 5488 at a Walmart in Norfolk, Virginia.

42.    On or about May 30, 2024, Mr. Gary Greiner accepted that offer on behalf of Defendant, via telephone, and followed up with an email from his office which was, upon information and belief, located in New Jersey, instructing Tailor Made to sign documents. **Ex. 1.**

43.    On or about May 30, 2024, Tailor Made received an initial 20% payment from Defendant and work began at Job 5488.

44.    On August 1, 2024, the job was more than 60% complete and Tailor Made invoiced Defendant for the first milestone payment of $47,405.70, or 30% of the contract price.

45.    Defendant paid the invoice in part, withholding $3,334.00 without explanation.

46.    No further payments were ever made on Job 5488 despite substantial completion of the contracted work.

47.    To date, $82,343.50 of the original contract price for Job 5488 remains unpaid.

**COUNT II**
**BREACH OF CONTRACT**
**Job 1631 Hampton, VA**

48.    Paragraphs 1-47 are incorporated as though fully restated herein.

49.    Defendant made a scope of work for Job 1631 available for Tailor Made's review, and to solicit bids for completing the scope of work.

50.    Tailor Made's project manager William Wright quoted Defendant a price of $169,026.51 to complete the scope of work for Job 1631 at a Walmart in Hampton, Virginia.

51.    On or about May 30, 2024, Mr. Gary Greiner accepted that offer on behalf of Defendant, via email from his office which was, upon information and belief, located in New Jersey. **Ex. 2.**

52.    On or about May 30, 2024, Tailor Made received an initial 20% payment from Defendant and work began at Job 1631.

53.    On August 1, 2024, the job was more than 60% complete and Tailor Made invoiced Defendant for a milestone payment of $50,708.10, or 30% of the contract price.

54.    Defendant paid that invoice in part, withholding $12,256.75 without explanation.

55.    No further payments were ever made on Job 5488 despite substantial completion of the contracted work.

56.    To date, $96,770.25 of the original contract price for Job 1631 remains unpaid.

**COUNT III**
**BREACH OF CONTRACT**
**Job 5105 Front Royal, VA**

57.    Paragraphs 1-56 are incorporated as though fully restated herein.

58.    Defendant made a scope of work for Job 5105 available for Tailor Made's review, and to solicit bids for completing the scope of work.

59.    Tailor Made's project manager William Wright quoted Defendant a price of $45,255.95 to complete the scope of work for Job 5105 at a Walmart in Front Royal, Virginia.

60.    On or about May 21, 2024, Mr. Gary Greiner accepted that offer on behalf of Defendant, via email from his office which was, upon information and belief, located in New Jersey. **Ex. 3.**

61.    On or about May 21, 2024, work began at Job 5105

62.    On or about June 16, 2024, Tailor Made received an initial 20% payment from Defendant.

63.    On August 1, 2024, the job was more than 60% complete and Tailor Made invoiced Defendant for a milestone payment of $13,576.80, or 30% of the contract price.

64.    Defendant paid that invoice in part, withholding $6,314.00 without explanation.

65.    No further payments were ever made on Job 5105 despite substantial completion of the contracted work.

66.    To date, $28,942.00 of the original contract price for Job 5105 remains unpaid.

**COUNT IV**
**BREACH OF CONTRACT**
**Job 6798 Norfolk, VA**

67.    Paragraphs 1-66 are incorporated as though fully restated herein.

68.    Defendant made a scope of work for Job 6798 available for Tailor Made's review, and to solicit bids for completing the scope of work.

69.    Tailor Made's project manager William Wright quoted Defendant a price of $81,410.13 to complete the scope of work for Job 6798 at a Walmart in Norfolk, Virginia.

70.    On or about July 12, 2024, Mr. Keaton Spector accepted that offer on behalf of Defendant, via email from his office which was, upon information and belief, located in New Jersey. **Ex. 4.**

71.    On or about July 12, 2024, Tailor Made received an initial 20% payment from Defendant and work began at Job 6798.

72.    On August 1, 2024, the job was more than 60% complete and Tailor Made invoiced defendant for a milestone payment of $24,423.00.

73.    Defendant never paid that invoice, nor any other invoice subsequently submitted by Tailor Made, despite substantial completion of the contracted work.

74.    To date, $61,057.50 of the original contract prices for Job 5105 remains unpaid.

**COUNT V**
**UNJUST ENRICHMENT**

75.    Paragraphs 1-38 are incorporated as though fully restated herein.

76.    In the alternative to Counts I-IV, the MSAs signed by the parties expressly disclaimed

any terms not included in writing within the MSA itself.

77.    None of the MSAs signed by the parties in this matter included a written price term.

78.    The MSA for Job 5105 (Front Royal, VA) included multiple, contradictory written payment schedules.

79.    The other three MSAs included written payment schedules which neither party honored, and which differed from the verbal agreement between agents of Tailor Made and agents of Defendant.

80.    None of the MSAs included any explanation of a mechanism for demonstrating to both parties' satisfaction that particular job completion milestones had been reached.

81.    At the time Defendant accepted Tailor Made's offer to complete the work at each job, there was no meeting of the minds between the parties regarding payment schedules.

82.    At the time Defendant accepted Tailor Made's offer to complete the work at each job, there was no meeting of the minds regarding any mechanism for demonstrating to both parties' satisfaction that particular job completion milestones had been reached.

83.    The price and payment schedule are essential terms necessary to establish a contract under Virginia law, and the omission of those terms renders the MSAs and any other purported contract void.

84.    No contract now exists, no has ever existed, between Tailor Made and Defendant.

85.    Despite failure of the contract, Tailor Made nevertheless conferred a benefit upon Defendant by substantially performing the scope of work at each project, enabling Defendant to bill Walmart for the work.

86.    At the time they performed the work at each job site, Tailor Made expected to be compensated for the work its subcontractors did at each job site, and Defendant was at all times

aware that Tailor Made expected compensation.

87.     Upon information and belief, Defendant did in fact bill Walmart for the work done by Tailor Made at each job site and was paid for each job.

88.     Defendant has failed to compensate Tailor Made for the benefits conferred by substantial completion of the work at each job site, in a total amount of not less than $269,113.25.

89.     It would be fundamentally unjust for Defendant to reap the benefits of Tailor Made's work, without paying Tailor Made for its work.

WHEREFORE:  Tailor Made prays this Court will enter judgment against Defendant NexCore Services Inc., and in favor of Plaintiff Tailor Made Tech Solutions, Inc. in the amount of $270,000, plus interest at the judgment rate from October 30, 2024, and whatever other relief this Court deems just.  *PLAINTIFF DEMANDS TRIAL BY JURY*

TAILOR MADE TECH SOLUTIONS, INC.

By: _____
       Of Counsel

Christopher T. Holinger, VSB No. 92693
Justin Burch, VSB No. 92135
DAVIS, BURCH & ABRAMS
555 Belaire Ave Suite 340
Chesapeake, VA 23320
(757) 410-2293 x 709 (Telephone)
(757) 257-8614 (Facsimile)
chris.holinger@davisba.com

# EXHIBIT 1

M Gmail

**Christopher Holinger**

## Fwd: 5488 Walmart - Norfolk, VA
1 message

**Mark Cangelosi** <mark@tailormadetech.org>
To: Christopher Holinger <chris.holinger@davisba.com>

Mark Cangelosi
Tailor Made Tech Solutions
(704)765-6094
TailorMadeTech.Org

---------- Forwarded message ---------
From: **Gary Greiner** <gary.greiner@nexcoreserv.com>
Date: Fri, May 31, 2024 at 2:45 PM
Subject: RE: 5488 Walmart - Norfolk, VA
To: Mark Cangelosi <mark@tailormadetech.org>

Thank you for signing off on these

Thank you!

**Gary Greiner**

Nexcore Services, Inc.

*Lead Resource Coordinator*

Direct Line: (561) 377-2499



**From:** Mark Cangelosi <mark@tailormadetech.org>
**Sent:** Friday, May 31, 2024 2:41 PM
**To:** Gary Greiner <gary.greiner@nexcoreserv.com>
**Subject:** Re: 5488 Walmart - Norfolk, VA


Signed Norfolk


On May 30, 2024, at 1:28 PM, Gary Greiner <gary.greiner@nexcoreserv.com> wrote:


Mark Cangelosi

Tailor Made Tech Solutions

TailorMadeTech.org

(704) 765-6094


"Our mission is to provide the highest quality solutions to any tech problems you may have"


Mark,

Please see attached contract for Norfolk to be filled out in full and signed on every page.  Please let me know if you have any


Thank you!


**Gary Greiner**

Nexcore Services, Inc.

*Lead Resource Coordinator*

Direct Line: (561) 377-2499

<image001.png>


https://mail.google.com/mail/u/0/?ik=4e857355b3&view=pt&search=all&permthid=thread-f:1826438900059998192&simpl=msg-f:1826438900059998192

**From:** Keaton Spector <keaton.spector@nexcoreserv.com>
**Sent:** Thursday, May 30, 2024 1:27 PM
**To:** Gary Greiner <gary.greiner@nexcoreserv.com>
**Subject:** 5488 Walmart - Norfolk, VA

**Keaton Spector**

Office: (973) 705-7657

Direct Line: 407-267-7988



**Confidentiality note:** The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you in error, please immediately reply to the sender that you have received this communication in error and destroy the original message.

**Gary Greiner**

Office: (973) 705-7657



**Confidentiality note:** The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you in error, please immediately reply to the sender that you have received this communication in error and destroy the original message.

<5488 Walmart - Norfolk, VA Subcontractor Agreement.pdf>

Gary Greiner

https://mail.google.com/mail/u/0/?ik=4e857355b3&view=pt&search=all&permthid=thread-f:1826438900059998192&simpl=msg-f:1826438900059998192

Office: (973) 705-7657



**Confidentiality note:** The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please received this communication in error and destroy the original message.

# EXHIBIT 2



Christopher Holinger

## Fwd: 1631 Walmart - Hampton, VA Subcontract Agreement
1 message

**Mark Cangelosi** <mark@tailormadetech.org>
To: Christopher Holinger <chris.holinger@davisba.com>

Mark Cangelosi
Tailor Made Tech Solutions
(704)765-6094
TailorMadeTech.Org

## Forwarded Conversation
**Subject: 1631 Walmart - Hampton, VA Subcontract Agreement**
-----------------------

From: **Gary Greiner** <gary.greiner@nexcoreserv.com>
Date: Thu, May 30, 2024 at 12:36 PM
To: mark@tailormadetech.org <mark@tailormadetech.org>, will@tailormadetech.org <will@tailormadetech.org>
Cc: Keaton Spector <keaton.spector@nexcoreserv.com>

Mark,

Please see attached contract for Hampton.  Please get this filled out in full and signed ASAP as it is a requirement for Walmart.  I will
to you shortly.

Thank you!

**Gary Greiner**

Nexcore Services, Inc.

*Lead Resource Coordinator*

Direct Line: (561) 377-2499



**Gary Greiner**
Office: (973) 705-7657



**Confidentiality note:** The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please received this communication in error and destroy the original message.

----------
From: **Mark Cangelosi** <mark@tailormadetech.org>
Date: Fri, May 31, 2024 at 1:56 PM
To: Gary Greiner <gary.greiner@nexcoreserv.com>

Signed Hampton

On May 30, 2024, at 12:36 PM, Gary Greiner <gary.greiner@nexcoreserv.com> wrote:

Mark Cangelosi
Tailor Made Tech Solutions
TailorMadeTech.org
(704) 765-6094

"Our mission is to provide the highest quality solutions to any tech problems you may have"

Mark,

Please see attached contract for Hampton.  Please get this filled out in full and signed ASAP as it is a requirement for Walmar contract over to you shortly.

Thank you!

**Gary Greiner**

Nexcore Services, Inc.

https://mail.google.com/mail/u/0/?ik=4e857355b3&view=pt&search=all&permthid=thread-f:1824519932293734769&simpl=msg-f:1824519932293734769

*Lead Resource Coordinator*

Direct Line: (561) 377-2499

 <image001.png>

**Gary Greiner**
Office: (973) 705-7657

**Confidentiality note:** The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipi...
responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have receiv...
immediately reply to the sender that you have received this communication in error and destroy the original message.

<1631 Walmart - Hampton, VA Subcontract Agreement .pdf>

---

**2 attachments**

 **1631 Walmart - Hampton, VA Subcontract Agreement .pdf**
155K

 **1631 Walmart - Hampton, VA Subcontract Agreement .pdf**
421K

EXHIBIT 3

Gmail - Fwd: FW: 5105 Front Royal, VA - Project Award

M Gmail

**Christopher Holinger**

---

## Fwd: FW: 5105 Front Royal, VA - Project Award
1 message

**Mark Cangelosi** <mark@tailormadetech.org>
To: Christopher Holinger <chris.holinger@davisba.com>

This was the email awarding us the Front Royal job for instance, ill see if i can find any more

Mark Cangelosi
Tailor Made Tech Solutions
(704)765-6094
TailorMadeTech.Org

---------- Forwarded message ---------
From: **Gary Greiner** <gary.greiner@nexcoreserv.com>
Date: Tue, Jun 11, 2024 at 1:10 PM
Subject: FW: 5105 Front Royal, VA - Project Award
To: will@tailormadetech.org <will@tailormadetech.org>, mark@tailormadetech.org <mark@tailormadetech.org>

See attached documents for Front Royal including weekly update.

Thank you!

**Gary Greiner**

Nexcore Services, Inc.

*Lead Resource Coordinator*

Direct Line: (561) 377-2499



https://mail.google.com/mail/u/0/?ik=4e857355b3&view=pt&search=all&permthid=thread-f:1826438832627991561&simpl=msg-f:1826438832627991561

**From:** Gary Greiner
**Sent:** Tuesday, May 21, 2024 3:40 PM
**To:** Jermane Weathers <jw@jawsent.com>
**Cc:** Keaton Spector <keaton.spector@nexcoreserv.com>
**Subject:** FW: 5105 Front Royal, VA - Project Award

JW,

See attached weekly update sheet for Front Royal

Thank you!

**Gary Greiner**

Nexcore Services, Inc.

*Lead Resource Coordinator*

Direct Line: (561) 377-2499



---

**From:** Gary Greiner
**Sent:** Tuesday, May 21, 2024 12:06 PM
**To:** Jermane Weathers <jw@jawsent.com>
**Cc:** Keaton Spector <keaton.spector@nexcoreserv.com>
**Subject:** FW: 5105 Front Royal, VA - Project Award

JW,

See below and attached for the Front Royal store.

Please see each bullet below – Fire Alarm, Burglar Alarm and CX Installation.

- Project kick off call 05/21/24 - please forward this invite to the actual team that will be onsite and anyone else you think needs
- I have attached pertinent documents for this install. We will go over them on the call as well as SOW for each technology.
- The FA plans have been approved and permit pulled.
- The materials have been delivered to site.  There is a lock on the container (@Terrence Jordan – can you get the keys to the be inventoried by the BOMs for each technology – attached. Please advise if anything wasn't sent.
- 1 or 2 lifts? I need to know this so local office can get them ordered and delivered to site.
- When will you be onsite?
- VA pharmacy BA layout – (4) 360s below ceiling and (2) curtain above ceiling:



- Please send over the names of the techs that will be onsite. I have to send over worker verification forms to WM on who we w
- Terrance is your local office PM. I am your global PM. Jamie is the Program Manager and Daniel will go around to all sites and onsite questions or concern. Please make sure to copy all of us on any email communication.
- Updates are due Wednesday nights every week. These have to be turned over to WM on Thursdays.
- WalMart Alarm Central Project Ticket #: 600101911
- There are morning meetings between the WM Store Planner, GC and each trade every morning after a shift – 7AM local time meetings to make sure we know what is being worked on the next night, if there are any changes to the current schedule and GC.

The resource site location is the below web address. Here you will many install resources, please make sure you use it. There are in
videos for the CX system that you will need.


https://www2.boschsecurity.us/promotions/walmart/index.php


The login credentials are now as follows:

Username: Walmart

Password: STSshopsafe1962!



Thank you!


**Gary Greiner**

Nexcore Services, Inc.

*Lead Resource Coordinator*

Direct Line: (561) 377-2499




**Gary Greiner**
Office: (973) 705-7657



**Confidentiality note:** The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the

the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please received this communication in error and destroy the original message.

**9 attachments**

**WMST-Used Assets Return Manifest.pdf**
133K

**Bosch Praesensa - Installation Guide.pdf**
9863K

**5105 Front Royal, VA CX BOM 3.11.24.xlsm**
325K

**5105.275 FRONT ROYAL, VA STAR Alarm BOM 03.12.2024.xlsm**
514K

**WEEKLY SCHEDULE FOR FRONT ROYAL.docx**
21K

**5105 Front Royal, VA - Site Specific SOW.xlsx**
83K

**Front Royal WM# 5105-275 First Three Weeks.docx**
26K

**SIS-201 ST Scope of Work 12-18-2023.pdf**
2269K

**5105 Frot Royal, VA - Weekly Update.xlsm**
54K

EXHIBIT 4



**Christopher Holinger**

## Fwd: Walmart 6798 Norfolk, VA - CX, Alarm, CCTV - Project Award
1 message

**Mark Cangelosi** <mark@tailormadetech.org>
To: Christopher Holinger <chris.holinger@davisba.com>

Mark Cangelosi
Tailor Made Tech Solutions
(704)765-6094
TailorMadeTech.Org


---------- Forwarded message ---------
From: **Keaton Spector** <keaton.spector@nexcoreserv.com>
Date: Fri, Jul 12, 2024 at 3:36 PM
Subject: Walmart 6798 Norfolk, VA - CX, Alarm, CCTV - Project Award
To: mark@tailormadetech.org <mark@tailormadetech.org>, will@tailormadetech.org <will@tailormadetech.org>, EJ Boyd <ej.boyd@
Cangelosi <mark.cangelosi@nexcoreserv.com>, William Wright <william.wright@nexcoreserv.com>
Cc: David P. Mastrogiovanni <david.mastrogiovanni@nexcoreserv.com>, Stephen Agnic <stephen@nexcoreserv.com>, Spencer Ra
<spencer.randlett@nexcoreserv.com>


Mark and Will,


Thank you for attending the call today-

As discussed attached are the documents you will need to be successful on this installation-

Daniel will be onsite with you on Sunday to walk and go over any further instructions, questions you may have.



Please see each bullet below – Fire Alarm, Burglar Alarm and CX Installation.

- Updates are due Wednesday nights every week. These have to be turned over to WM on Thursdays.
- WalMart Alarm Central Project Ticket #: I will send this over once I get it.

- There are morning meetings between the WM Store Planner, GC and each trade every morning after a shift – 7AM local time
  meetings to make sure we know what is being worked on the next night, if there are any changes to the current schedule and
  GC.
- Construction schedule is attached along with a Temp Pharmacy being installed-
  - A temp pharmacy is being installed so that the existing pharmacy can have a modular remodel done.  The
    approximately 4' on the existing pharmacy, but the rest o f the footprint remains the same.
  - The schedule that we reviewed at the precon meeting yesterday shows the temp pharmacy opening 9/30
    remodel starts 10/1 and then it reopens 10/10 or 10/11 depending on the inspection date.
  - Scope of Work: Demo front wall and install new modular panels, replace carpet, paint walls, replace millw
    system for added pharmacy drive lane, install new canopy over both drive thru lanes.
  - Attached are the temp and modular pharmacy plans.
  - I have also attached the elevation plan that shows the new canopy over the two drive thru lanes.  The driv
    longer than the pharmacy remodel work; therefore, the drive through will need to be shut down longer eith
    remodel starts or it will open after the pharmacy reopens.

The resource site location is the below web address. Here you will find many install resources, please make sure you use it. There a
videos for the CX system that you will need.

Please do not hesitate to ask questions, and reach out!

https://www2.boschsecurity.us/promotions/walmart/index.php

The login credentials are now as follows:

Username: Walmart

Password: STSshopsafe1962!

**Keaton Spector**
Office: (973) 705-7657
Direct Line: 407-267-7988



**Confidentiality note:** The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us and destroy the original message.

 **6798.216 Norfolk.zip**
25587K