IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

TAILOR MADE TECH SOLUTIONS, INC.,

    Plaintiff,

    v.

NEXCORE SERVICES, INC.,

    Defendant.

Case No. 2:25-cv-290

## ORDER

Before the Court is the Honorable Douglas E. Miller's Report and Recommendation (ECF No. 17) recommending this Court grant Defendant Nexcore Services, Inc.'s motion to dismiss for *forum non conveniens* (ECF No. 8). Judge Miller advised the parties of their rights to object to his findings and recommendations and explained that failure to timely object would result in a waiver of appeal from a judgment of this Court based on such findings and recommendations. ECF No. 17 at 14–15 (citing *Thomas v. Arn*, 474 U.S. 140 (1985); *Carr v. Hutto*, 737 F.2d 433 (4th Cir. 1984); *United States v. Schronce*, 727 F. 2d 91 (4th Cir. 1984)). The time to file an objection has expired, and neither party objected to the Report and Recommendation.

In the absence of a specific written objection, this Court may adopt a Magistrate Judge's recommendations without conducting a *de novo* review, unless the recommendations are clearly erroneous or contrary to law. *See* Fed. R. Civ. P.

72(b)(2); *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir.1982) (citations omitted); *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 316 (4th Cir. 2005).

The Court has reviewed Judge Miller's findings and recommendations and found no clear error. Accordingly, the Report and Recommendation (ECF No. 17) is **ADOPTED.**

Defendant Nexcore Services, Inc.'s motion to dismiss for *forum non conveniens* (ECF No. 8) is **GRANTED**, and this action is **DISMISSED**.

**IT IS SO ORDERED.**

/s/
Jamar K. Walker
United States District Judge

Norfolk, Virginia
October 20, 2025